AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JENNIFER WESTENDORF,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
  V.

      CASE NUMBER:  3:09-CV-00272-LRH-RAM

WEST COAST CONTRACTORS
OF NEVADA AND DOES, IX,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment [28] is GRANTED.

| March 31, 2011 | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |