UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JENNIFER WESTENDORF, ) | |
| ) | Case no.  3:09-cv-00272-LRH-RAM |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| WEST COAST CONTRACTORS OF ) | |
| NEVADA, INC., ) | |
| ) | |
| Defendant. ) | |

It appearing that upon appeal to the United States Court of Appeals for the Ninth Circuit, the Court of Appeals affirmed this court's judgment on summary judgment in part and reversed it in part, reversing the court's dismissal of plaintiff's retaliation claim in this action, and good cause appearing,

IT IS HEREBY ORDERED that the parties shall submit their proposed joint pretrial order pursuant to Local Court Rules 16-3 and 16-4 within thirty (30) days of the entry of this order.

IT IS SO ORDERED.

DATED this 20th day of February, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE